No. 573, Misc. FREDERICKS *v.* HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 578, Misc. JONES ET AL. *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 605, Misc. BAKER *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 609, Misc. IN RE WILLIAMS. C. A. 5th Cir. Certiorari denied.

No. 616, Misc. FISHER *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 617, Misc. COOK *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 618, Misc. RAPACKI *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 620, Misc. MITCHELL *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 654. STEWART *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 655, Misc. CRAWFORD *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.